UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRAN-MARIE GRANT RICHARDS, § § § § § § § § § § | | |
| *Plaintiff,* | | |
| v. | | CASE NO. 3:17-cv-03247-M |
| NATIONAL CREDIT ADJUSTERS, LLC., | | |
| *Defendant.* | | |

## AGREED MOTION TO VACATE JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Fran-Marie Grant Richards and Defendant National Credit Adjusters, LLC and files this Agreed Motion to Vacate Judgment, and will show this Court as follows:

I.

The Parties have reached a settlement in this matter. Accordingly, the parties agree and request that the Default Judgment entered in the matter be vacated.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully requests that this Court grant their Agreed Motion to Vacate Judgment.

[SIGNATURES ON NEXT PAGE]

Respectfully submitted,

**MALONE AKERLY MARTIN PLLC**

*/s/* Robbie Malone
ROBBIE MALONE
State Bar No. 12876450
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
State Bar No. 24078928
Email: xmartin@mamlaw.com
COOPER M. WALKER
State Bar. No. 24098567
Email: cwalker@mamlaw.com
**MALONE AKERLY MARTIN PLLC**
North Park Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
P: (214) 346-2630 | F: (214) 346-2631

***COUNSEL FOR NATIONAL CREDIT ADJUSTERS, LLC***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via **CM/ECF** on this 27th day of June, 2018 to:

Nathan C. Volheim, Esq.
Taxiarchis Hatzidimitriadis
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
Tel. (630) 568-3056
Fax. (630) 575-8188
nvolheim@sulaimanlaw.com
thatz@sulaimanlaw.com

/s/ Robbie Malone
ROBBIE MALONE